IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PARK SOUTHEAST<br>DEVELOPMENT CORPORATION | ) | |
| Plaintiff, | ) | Case No.: 1:08-CV-00004 CCM |
| vs. | ) | Judge Christine O.C. Miller |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff and for its Motion to File an Amended Complaint herewith states to the Court as follows:

1. Plaintiff initially filed its Complaint in three counts, Count III being for Specific Performance.

2. After the filing of the Complaint, Plaintiff has learned that the property in question has been sold, and Specific Performance is no longer possible. Accordingly, Plaintiff seeks to amend its Complaint by deleting Count III. Other than the deletion of Count III, the Complaint remains the same.

3. The attorney for Defendant actually advised counsel for Plaintiff that the property had been sold, and requested that Count III be deleted, and accordingly has no objections to the requested Amended Complaint.

4. The time for responding to the original Complaint has not yet expired, and no party will be prejudiced or delayed by the filing of the Amended Complaint.

WHEREFORE, Plaintiff respectfully prays that it's Motion for Leave to File an Amended Complaint be granted, and for such other and further relief as to the Court may seem just and proper.

Respectfully submitted,

ROSENBLUM, GOLDENHERSH,
SILVERSTEIN & ZAFFT, PC

/s/ Richard S. Bender
Richard S. Bender
Login: benderrs
Password: jusu~jag
EDMO #2614
7733 Forsyth Blvd., 4th Floor
St. Louis, Missouri 63105
rsb@rgsz.com
Phone: (314) 726-6868
Fax: (314) 726-6786
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on January 13th 2008, a copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record to the following:

Stephen.tosini@usdoj.gov

/s/ Richard S. Bender
RICHARD S. BENDER
Login: benderrs
Password: jusu~jag