IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PARK SOUTHEAST DEVELOPMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-4C (Judge Miller) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

## ANSWER TO AMENDED COMPLAINT

For its answer to the amended complaint, defendant admits, denies, and alleges as follows:

## COUNT I – BREACH OF CONTRACT[1]

1. Denies the allegations contained in paragraph 1 of Count I of the amended complaint for lack of knowledge or information sufficient to form a belief as to their truth.

2. The allegations contained in paragraph 2 of Count I constitute conclusions of law to which no answer is required; to the extent an answer is required, admits that the Department of Housing and Urban Development has been an agency of the Federal Government from January 2007 through the present time;

---

[1] We include the headings contained in the amended complaint solely for the Court's convenience and deny their accuracy and relevance.

otherwise, denies the remaining allegations contained in paragraph 3 of Count I.

3. The allegations contained in paragraph 3 of Count I constitute conclusions of law and plaintiff's characterization of its claim to which no answer is required; to the extent they may be deemed allegations of fact, denied.

4. Denies the allegations contained in paragraph 4 of Count I of the amended complaint for lack of knowledge or information sufficient to form a belief as to their truth.

5. Admits.

6. Admits the allegations contained in paragraph 6 of Count I to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 6 of Count I.

7. The allegations contained in paragraph 7 of Count I constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

8. Admits the allegations contained in paragraph 8 of Count I to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 8 of Count I.

9. The allegations contained in the first sentence of paragraph 9 of Count I constitute conclusions of law and plaintiff's characterizations of its claim to which

no answer is required; to the extent they may be deemed allegations of fact, they are denied. With respect to the second sentence of paragraph 9 of Count I, admits that defendant has not returned the sum of $175,000 to plaintiff and denies that the defendant is under any obligation to do so.

10. The allegations contained in paragraph 10 of Count I constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, denied.

11. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 10 of Count I, or to any other relief whatsoever.

**COUNT II – RESCISSION**

1. Defendant reasserts its answers to paragraphs 1 through 11 above.

2. Admits the allegations contained in paragraph 2 of Count II to the extent supported by the document cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 2 of Count II.

3. The allegations contained in paragraph 3 of Count II constitute conclusions of law and plaintiff's characterization of its claim to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. Denies that plaintiff is entitled to the relief requested in the prayer for relief clause immediately following paragraph e of Count II, or to any relief whatsoever.

5. Defendant denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant respectfully requests that Judgment be entered in its favor order that the case be dismissed and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ KIRK MANHARDT
Assistant Director

OF COUNSEL:
CHRISTOPHER R. OPFER
Office of the General Counsel
Dept. of Housing and Urban
Development
Washington, D.C.

March 3, 2008

/s/ STEPHEN C. TOSINI
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-5196
Fax: (202) 514-7969
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 3, 2008, a copy of the foregoing "ANSWER TO AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Stephen C. Tosini