# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**FOREST PARK SOUTHEAST DEVELOPMENT CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 08-4C

(Filed Apr. 25, 2008)

## ORDER

Further to the parties' Joint Preliminary Status Report filed on April 23, 2008,

**IT IS ORDERED**, as follows:

1. Initial discovery disclosures shall be exchanged by May 16, 2008.

2. A status conference shall be held at 3:30 p.m. on Thursday, July 17, 2008, in the Howard T. Markey National Courts Building. Counsel for plaintiff shall notify the court at 202/357-6620 by July 9, 2008, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery, and the court will set a deadline for discovery.

s/ Christine O.C. Miller

Christine Odell Cook Miller
Judge