IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FOREST PARK SOUTHEAST DEVELOPMENT CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES<br><br>Defendant. | ) | Case No.: 1:08-CV-00004 CCM<br><br>Judge Christine O.C. Miller |

**PLAINTIFF'S CERTIFICATION OF INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims, Plaintiff provides to Defendant the following initial disclosures:

26(a)(1)(A)(i)

The individuals with information are as follows:

All fact witnesses disclosed by the Defendant.

Plaintiff states that he spoke with different representatives from the Department of Housing and Urban Development, located in the local office, and the local asset Manager, and not all of the specific names of said individuals are fully known. Plaintiff submits that Defendant would know better the names of the appropriate individuals who were involved, and it may be the names of the individuals already listed on Defendant's initial disclosure. The individuals located in Texas have been listed, to the best of Plaintiff's knowledge, but there were individuals in Texas with whom Plaintiff communicated who's full names are not known but he believes them to be the

individuals listed by Defendant.

In addition, Shahid Shaikh, c/o Forest Park Southeast Development Corporation was the primary individual involved in behalf of Plaintiff, and would have the most knowledge in behalf of Plaintiff concerning all issues and communications. He is located c/o 30 Plaza Square, St. Louis, Missouri 63103, Telephone: 314/421-5511.

Irving Blue would also have knowledge, and he is also involved in behalf of Forest Park Southeast Development Corporation, c/o of the same address as above.

The Management Company of the property in question, namely the Sansone Group would have information as far as what problems did or did not exist with the property. The exact names and addresses of the specific individuals are unknown as of this time, and Plaintiff reserves the right to supplement this response once the names and addresses and telephone numbers of the individuals are ascertained. As of this time, the local address and telephone number for the Sansone Group is as follows: 120 S. Central Ave., St. Louis, Missouri, Telephone: 314/727-6664.

Lastly, the prior owner of the property, which Plaintiff believes to be the Mt. Zion Church, would have knowledge of the conditions of the property, and the prior damage, through its Pastor and representatives. Once again the specific names of the individuals are unknown and will be disclosed through discovery and Plaintiff reserves the right to supplement this answer more fully.

26(a)(1)(A)(ii)

The documents involved include all of the correspondence that occurred including emails, as well as letters, and the contracts and extension thereof, by and between Plaintiff and Defendant. Plaintiff believes that all such documents have been

attached to Defendant's discovery, but to the extent additional documents are uncovered they will be voluntarily produced forthwith.

26(a)(1)(A)(iii)

A computation of the damages includes the refund of the earnest deposit that has been made to date, which is in the possession of Defendant. Whether or not said deposit has been placed in an interest bearing account and has earned interest or not is unknown to Plaintiff and Defendant would have more information concerning this than Plaintiff. In addition, Plaintiff seeks reimbursement of its attorney fees incurred in connection with these proceedings. To date the attorney fees have been minimal, involving the filing of the initial complaint, and a full detailed account of attorney fees incurred as the matter progresses will be supplied voluntarily.

26(a)(1)(A)(iv)

There is no insurance which applies in this instance.

Respectfully Submitted,

ROSENBLUM, GOLDENHERSH,
SILVERSTEIN & ZAFTT, PC

/s/ Richard S. Bender
Richard S. Bender
EDMO #2614
7733 Forsyth Blvd., 4th Floor
St. Louis, Missouri 63105
rsb@rgsz.com
Phone: (314) 726-6868
Fax: (314) 726-6786
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on May 15, 2008, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record to the following:

Stephen.tosini@usdoj.gov

/s/ Richard S. Bender
RICHARD S. BENDER