# In the United States Court of Federal Claims

| | |
|---|---|
| FOREST PARK SOUTHEAST DEVELOPMENT CORPORATION, Plaintiff, | |
| v. | No. 08-4C |
| THE UNITED STATES, Defendant. | (Filed July 17, 2008) |

**ORDER**

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

A subsequent telephonic status conference shall be held at 2:00 p.m. (1:00 p.m. CST) on Monday, October 6, 2008, in the Howard T. Markey National Courts Building. The parties shall be prepared to 1) report on the progress of discovery, 2) discuss the actionable allegations of the amended complaint, and 3) set a discovery deadline.

s/ Christine O.C. Miller
________________________________
Christine Odell Cook Miller
Judge